Ben Nicholson, # 239893
ben.nicholson@mccormickbarstow.com
Seth J. Manfredi, # 260893
seth.manfredi@mccormickbarstow.com
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Closed

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY, an
Illinois Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARK M. FARZAN, JAKLIN A. FARZAN, and BARBARA L. DONAHUE<br><br>Defendants. | Case No.  CV 10-4686-JFW-RC<br><br>**JUDGMENT**<br><br>Trial Date:             May 2, 2011<br>Pre-Trial Conference:  April 22, 2011<br>Judge:       Honorable John F. Walter |

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, Plaintiff Allstate Insurance Company's Motion for Summary Judgment was submitted on the pleadings without oral argument to the Honorable John F. Walter. The evidence presented having been fully considered, the issues have been duly heard and the decision having been duly rendered, the Court finds as follows:

1.  The Court concludes, based on the plain and clear language of the "business activities" exclusion, that Deluxe Plus Homeowners Policy No. 027797632 ("the Policy") issued by Allstate to Mark M. Farzan does not provide coverage for the liability or potential liability of Mark M. Farzan, or any other person, for Barbara Donahue's alleged slip and fall at property located at 15581

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

JUDGMENT

1 Aqua Verde Drive, Los Angeles, CA 90077 on February 10, 2009, or any other claims arising out of said incident, and that the Policy does not require Allstate to defend or indemnify Mark M. Farzan or Jaklin A. Farzan in any potential or actual lawsuit arising out of the incident, or to pay for any judgment obtained by Donahue in any potential or actual action arising out of said incident.

2. Plaintiff Allstate Insurance Company's Motion for Summary Judgment is granted.

3. It is ordered and adjudged that Allstate Insurance Company recover its costs.

**IT IS SO ORDERED**

Dated: March 15, 2011

Hon. John F. Walter
District Court Judge
United States District Court
Central District of California

03238/01898-1702926.v1